**Order entered March 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00993-CV

**RAUL GALVEZ, Appellant**

**V.**

**TORNADO BUS COMPANY D/B/A TORNADO MONEY TRANSFERS AND JUAN VASQUEZ, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15700**

## ORDER

We **GRANT** appellant's February 27, 2014 unopposed motion for extension of time to file reply brief and **ORDER** the reply brief filed no later than March 21, 2014.

/s/ ELIZABETH LANG-MIERS
JUSTICE